**D. B. Dowsma, Defendant in Error, v. Louis C. Krueger, trading as Krueger Brothers, and Carmine Rizzuto. Carmine Rizzuto, Plaintiff in Error.**

**Gen. No. 22,277.   (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. JOHN R. NEWCOMER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Reversed and remanded. Opinion filed May 29, 1917.

## Statement of the Case.

Action by D. B. Dowsma, plaintiff, against Louis C. Krueger, trading as Krueger Brothers, and Carmine Rizzuto, defendants, under Hurd's Rev. St. ch. 82, sec. 28 (J. & A. ¶ 7166), to recover for labor and materials alleged to have been furnished by him as a subcontractor on a building owned by defendant Rizzuto. From a verdict and judgment of $238 and costs for plaintiff, defendant Rizzuto prosecutes this writ of error.

DE STEFANO & MIRABELLA, for plaintiff in error.

BEAUREGARD F. MOSELEY, for defendant in error.

MR. JUSTICE McDONALD delivered the opinion of the court.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

D. I. Felsenthal Co. v. Northern Assurance Co., Ltd., 205 Ill. App. 610.

## Abstract of the Decision.

1. MECHANICS' LIENS, § 162*—*what subcontractor suing owner and contractor at law must show.* In an action under the Lien Act (Hurd's Rev. St. ch. 82, sec. 28, J. & A. ¶ 7166), to recover against the owner and contractor jointly for labor and materials furnished as subcontractor, plaintiff must show that he is entitled to a lien on the premises.

2. MECHANICS' LIENS, § 162*—*what judgment in action at law by subcontractor against contractor and owner must recite.* In an action under the Lien Act (Hurd's Rev. St. ch. 82, sec. 28, J. & A. ¶ 7166), to recover against the owner and contractor jointly for labor and materials furnished as subcontractor, the judgment must recite the date when the lien attached.